NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MICHAEL DUEWAN PAIT,**
*Petitioner,*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2010-3159

---

Petition for review of the Merit Systems Protection Board in case no. PH0831100241-I-1.

---

## ON MOTION

---

## ORDER

Upon consideration of the Office of Personnel Management's revised motion for a 10-day extension of time, until September 30, 2010, to file its brief,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All other pending motions are moot.

FOR THE COURT

SEP 2 2 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Michael Duewan Pait
     Jessica R. Toplin, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 2 2010

JAN HORBALY
CLERK